# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135456

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUSSELL LABARGE, JR., Conservator for
Leo Saffaleo, a protected person, and MONA
AL-FALAHAT,
    Plaintiffs-Appellees,

v

WALGREEN CO., a/k/a WALGREENS, and
J.G. MORRIS, L.L.C., d/b/a J.G. MORRIS
COMPANY,
    Defendants,

and

LINDHOUT ASSOCIATES, ARCHITECTS,
A.I.A., P.C.,
    Defendant-Appellant.

SC: 135456
COA: 281366
Livingston CC: 06-022024-CZ

_____/

   On order of the Court, the application for leave to appeal the November 21, 2007
order of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

s0317

Clerk